*M. J. Dudley,* for appellant.

*Stevenson & O'Hara,* for appellees.

---

FRANK WILLIAMS *v.* SAMUEL B. MERRIFIELD, ET AL.

**Appeals.**

No appeal lies from an order sustaining a demurrer, unless it is followed by a judgment in its nature final.

APPEAL FROM NELSON CIRCUIT COURT.

February 26, 1880.

OPINION BY JUDGE COFER:

No appeal lies from an order sustaining a demurrer, unless it is followed by a judgment in its nature final. Until such a judgment is rendered this court has no jurisdiction.

Wherefore the appeal is *dismissed.*

*John A. Fulton, J. W. Thomas,* for appellant.

*Muir & Wickliffe,* for appellees.